**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7052**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CHARLES ELOYS JOHNSON, a/k/a Adam White,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:15-cr-00386-RMG-1)

_____

Submitted:  September 25, 2025          Decided:  September 29, 2025

_____

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Eloys Johnson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Eloys Johnson appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Johnson filed a motion in this court to update his informal brief; we grant this motion. We have reviewed the record and Johnson's arguments in his amended informal brief, and we conclude that the district court did not abuse its discretion in denying Johnson's motion. *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (providing standard). Accordingly, we affirm the district court's order. *United States v. Johnson*, No. 2:15-cr-00386-RMG-1 (D.S.C. Oct. 4, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*